UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARY CONNER, Individually and as the
representative of a class of similarly situated persons,

                      Plaintiff,

- against -

BIRDIES, INC.,

                      Defendant.
------------------------------------------------------------X

Case No. 1:20-cv-2082-BMC

**NOTICE OF SETTLEMENT**

        Now comes the Plaintiff, Mary Conner, by and through counsel, to provide notice to the Court that the present case has been settled between the parties, and states:

        1. The parties have reached an agreement and a settlement agreement ("Agreement") enforceable by the court is in the process of being finalized. Once the Agreement is fully executed, and the terms have been fulfilled, Plaintiff will submit a Notice of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

        2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

        3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the terms of the Agreement have been satisfied.

Dated: Scarsdale, New York
       July 1, 2020

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                                        By: */s/Dan Shaked*_____
                                          Dan Shaked (DS-3331)
                                          14 Harwood Court, Suite 415
                                          Scarsdale, NY 10583
                                          Tel. (917) 373-9128
                                          e-mail: ShakedLawGroup@Gmail.com