UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARY CONNER

        Plaintiff,

v.

BIRDIES, INC.

        Defendant.

Case No. 20-cv-2082

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff MARY CONNER and defendant BIRDIES, INC. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to a settlement agreement that shall be enforceable in this court, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: July 29, 2020

SHAKED LAW GROUP, P.C.            FENWICK & WEST, LLP

By: _____/s/_____               By: _Laurence F. Pulgram/SS_
Dan Shaked, Esq.                  Laurence F. Pulgram, Esq.
*Attorneys for Plaintiff*         555 California Street, 12th Floor
                                  San Francisco, CA 94104
                                  Telephone: (415) 875-2300
                                  Facsimile: (415) 281-1350
                                  Email: LPulgram@fenwick.com
                                  *Attorneys for Defendant*

7/31/20

**SO ORDERED:** _____